IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02480-AP

ARMELINDA A. ARCHULETA,

        Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

        For Plaintiff:
        MICHAEL A. DESAULNIERS
        402 W. 12th Street
        Pueblo, CO 81003
        (719) 543-8636
        seckarlaw@mindspring.com

        For Defendant:
        JOHN F. WALSH
        United States Attorney

        WILLIAM PHARO
        Assistant United States Attorney
        william.pharo@usdoj.gov

        THOMAS S. INMAN
        Special Assistant United States Attorney
        1001 Seventeenth Street
        Denver, Colorado 80202
        (303) 844-0014
        tom.inman@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** 09/21/2011

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 10/28/2011

    C.    **Date Answer and Administrative Record Were Filed:** 12/27/2011

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

There are no issues with the accuracy or completeness of the administrative record.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

None.

## 8. BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:** 02/27/2012

    B.    **Defendant's Response Brief Due:** 03/28/2012

    C.    **Plaintiff's Reply Brief (If Any) Due:** 04/12/2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:**    Oral argument is not requested.

    B.    **Defendant's Statement:**  Oral argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(x) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 17th day of January, 2012.

                                                BY THE COURT:

                                                *s/John L. Kane*
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ *Michael A. Desaulniers* | JOHN F. WALSH |
| MICHAEL A. DESAULNIERS | UNITED STATES ATTORNEY |
| 402 W. 12th Street. | |
| Pueblo, CO 81003 | WILLIAM PHARO |
| (719) 543-8636 | Assistant United States Attorney |
| seckarlaw@mindspring.com | |
| | s/ *Thomas S. Inman* |
| Attorney for Plaintiff | THOMAS S. INMAN |
| | Special Assistant U.S. Attorney |
| | 1001 Seventeenth Street |
| | Denver, Colorado 80202 |
| | Telephone:  (303) 844-0014 |
| | tom.inman@ssa.gov |
| | |
| | Attorneys for Defendant |